UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:                                                                                       CASE NO:

MICHAEL RYAN CRAFT                                                           09-10352-8-RDD
DAWN MARIE CRAFT
DEBTORS                                                                             CHAPTER 7

Report of Unclaimed Funds Under
Bankruptcy Rule 3011

Under Bankruptcy Rule 3011, Unclaimed Funds in Chapter 7 Liquidation, a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate shall be filed with the clerk.

| Claim No. | Name and Last Known Address of Claimant | Amount of Dividend |
|---|---|---|
| 00002B | Wilson County Tax Administrator<br>P.O. Box 1162<br>Wilson, NC 27894-1162 | $49.52 |

Dated: January 3, 2011

/S/ Walter L. Hinson
Walter L. Hinson
State Bar No: 5664
HINSON & RHYNE, P.A.
P.O. Box 7479
Wilson, NC 27895-7479
Telephone: (252) 291-1746
Telecopier: (252) 291-2521
E-mail: walterhinson@hinsonrhyne.com

Attachment: 1 Check

CERTIFICATE OF SERVICE

I, Ann B. Hinson, of the law firm of Hinson & Rhyne, P.A., of P. O. Box 7479, Wilson, North Carolina, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on  January 3, 2011 , I mailed a copy of the foregoing document, by depositing copies thereof in the United States mail, first class mail, postage prepaid, in an envelope addressed as shown below.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  January 3, 2011

/s/ Ann B. Hinson
Ann B. Hinson, Paralegal
Hinson & Rhyne, P.A.
P. O. Box 7479
Wilson, NC  27895-7479
(252) 291-1746

RECIPIENTS:

Bankruptcy Administrator
P. O. Box 3758
Wilson, NC  27894-3758

Micheal R. & Dawn M. Craft
6071 Morgan Road
Bailey, NC 27807

Stephen L. Beaman, Esq.
P.O. Box 1907
Wilson, NC 27894